Footnotes in HTML versions of opinions are designated by boxes or squares in
the text (click on either for the footnote text) and are not numbered. For an exact
copy of the opinion, retrieve the Adobe PDF version.


IN THE SUPREME COURT OF TEXAS

════════════
No. 06-0042
════════════

In re The Honorable Charles Holcomb, Relator


════════════════════════════════════════════════════
On Petition for Writ of Mandamus
════════════════════════════════════════════════════


Argued January 24, 2006


            Justice Wainwright joined by Justice O’Neill and Justice Johnson, dissenting.


            For the reasons expressed today in my dissenting opinion in In re Francis, ___ S.W.3d ___,
I respectfully dissent from the Court’s opinion in this case.
 

                                                                        ________________________________________
                                                                        J. Dale Wainwright
                                                                        Justice
 
OPINION DELIVERED: January 27, 2006